UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:

**CURARE LABORATORY, LLC**

    Debtor(s)                          CASE NO. **21-31588 (2)**

**CURARE LABORATORY, LLC**

                                         CHAPTER 11

Plaintiff(s)                          AP NO. **21-3025**

vs.

**SOLAR HOLDINGS GROUP, LLC**
**BLUEWATER TOXICOLOGY, LLC, and**
**JENNIFER BOLUS**

    Defendant (s)

---

### ORDER

---

    THIS PROCEEDING having come before the Court on October 28, 2021, for hearing on the Plaintiff's Emergency Motion for Entry of Temporary and Preliminary Injunction and on the Objections filed thereto. The Court having considered statements, and being otherwise sufficiently advised,

    IT IS HEREBY ORDERED that the Plaintiff's Emergency Motion for Entry of Temporary and Preliminary Injunction be, and hereby is, **DENIED**.

*Charles R. Merrill*
United States Bankruptcy Judge

Dated: October 30, 2021

amg